UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMOND COATING TECHNOLOGIES, LLC,

　　Plaintiff,

v.

HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., KIA MOTORS CORPORATION, NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,

　　Defendants.

Case No:   6:15-mc-31-Orl-40TBS
Related Cases:   8:13-cv-1480 (C.D. Cal.)
　　　　　　　　　8:13-cv-1481 (C.D. Cal.)

## ORDER

In this miscellaneous proceeding, Plaintiff Diamond Coating Technologies, LLC moved to quash subpoenas issued by Defendants in two separate cases pending in the United States District Court for the Central District of California. Defendants subsequently filed a motion to transfer the motions to quash to the district court in California (Doc. 5). On April 16, 2015, the underlying cases were dismissed without prejudice (See Case No. 8:13-cv-1480, Doc. 125; Case No. 8:130-cv-1481, Doc. 187). Accordingly, the Court **DENIES** the Motions to Quash (Docs. 1, 3) and the Motion to Transfer (Doc. 5) **as moot**. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record